IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Industrial Power Systems, Inc. | Case No. 3:22 CV 1703 |
| Plaintiff/Counter-Defendant, | ORDER REGARDING <u>EXPERT TESTIMONY</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Kraft Heinz Food Company LLC, | |
| Defendant/Counter-Claimant. | |

This Court previously advised counsel that it would be hearing concurrent courtroom testimony from the experts. Expert reports have already been exchanged. Experts from both sides will be present in court together and sworn in together.

Plaintiff's expert will briefly summarize his position in narrative form; then Defense experts will do the same. Each expert may then briefly clarify or explain points of disagreement. The experts will then be allowed, if they wish, to offer up a question or two for the opposing expert. Lawyers will then have an opportunity to question their own expert and cross the opposing expert -- without repeating testimony that has already occurred. This Court will also have the opportunity to question the experts during their respective testimony.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

October 23, 2025